Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Clicksnap Holdings, LLC<br><br>Debtor. | Case No.: 26-13563<br><br>DECLARATION OF EDWARD HIGHFIELD |

I, Edward Highfield, declare under penalty of perjury the following:

1) I am the Managing Member of Clicksnap Holding, LLC.
2) A cash flow statement and accurate balance sheet have not been prepared at this time for Clicksnap Holdings, LLC.

Dated this 8th day of November, 2026

/s/ Edward Highfield
Edward Highfield
Managing Member
Clicksnap Holdings, LLC