Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone 425-212-4800
Fax 425-212-4802
Email: jennifer@neelemanlaw.com

The Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Clicksnap Holdings, LLC<br><br>Debtor-in-Possession. | Case No.: 26-13563<br><br>**DECLARATION OF EDWARD HIGHFIELD IN SUPPORT OF FIRST DAY MOTIONS** |

I, Edward Highfield, declare under penalty of perjury the following:

**THE DEBTOR AND ITS OPERATIONS.**

1) I am the Managing Member of Clicksnap Holdings, LLC, (herein after "Debtor"). I am over 18 years of age and am familiar with the Debtor's finances, books, and records. I have personal knowledge of the facts herein, and I am competent to testify to each of the statements herein.

2) The business operates as a BAM Franchise store, specializing in the buying, selling, and trading of new, used, and retired LEGO sets, bricks, and minifigures. The Debtor also generates income from hosting parties and events.

3) The Debtor began operating in August, 2024. While initially the Debtor saw a positive cash flow, as the business entered into 2025, there was a downward trend in revenue due to economic factors and slower than expected summer months.

4) The Debtor began to incur credit card and loan debt which was used to assist the Debtor meet its monthly obligations.

5) The Debtor was able to continue operations throughout the year and even saw an uptick in sales over the holiday season and into early 2026.

6) Beginning in April, the Debtor saw sales decrease due to a combination of area layoffs, lack of scheduled birthday parties, and corporate level controversies.

7) The Debtor has been unable to continue to service the outstanding debt and meet its monthly obligations.

8) Facing mounting collection pressure, an emergency Petition under Chapter 11, Subchapter V was filed on November 8, 2026 (herein the "Petition Date") in an effort to reorganize the outstanding debt and to allow the Debtor to continue operating.

## PROJECTIONS

9) Attached hereto as **Exhibit A** is a weekly budget through November 28, 2026 and then monthly through February 28, 2027 which I believe fairly estimates the anticipated inflow and outflow of the Debtor during the specified period. I believe, based on my historical perspective, that the projections referenced on Exhibit A are fair representations of the revenue and expenses that the Debtor can anticipate during referenced period.

10) I am seeking approval of emergency expenses necessary to continue operating the business including:

a. Advertising
b. Franchise Fee
c. Insurance
d. Inventory
e. Merchant Fees
f. Owner Draw
g. Payroll
h. Payroll Taxes
i. Software Expenses
j. Supplies (Party/Shipping)
k. Taxes
l. Utilities

11) I believe the expenses associated with the categories above are necessary for the effective continued operation of the business.

## **SECURED CREDITORS**

12) Attached hereto as **Exhibits B1 through B2** are the true and correct copies of the UCC-1 Financing Statements of active UCC-1 filers. I am still in the process of obtaining copies of loan documents.

13) I believe The Huntington National Bank holds a 1st position interest in cash collateral. I do not believe any other parties hold a security interest in the cash collateral of the Debtor. I base my belief on the following:

a. The Huntington National Bank: A UCC-1 financing statement was filed on June 18, 2024 with the file number 2024-170-3469-6. I do not dispute that this party may hold a security interest. I am working to obtain a copy of the loan documents. The UCC-1 Financing Statement is attached as **Exhibit B1.**

b. The Huntington National Bank: A UCC-1 financing statement was filed on June 18, 2024 with the file number 2024-170-3470-2. I do not dispute that this party may hold a security interest; however, no additional value exists in the assets representing cash collateral. I am working to obtain a copy of the loan documents. The UCC-1 Financing Statement is attached as **Exhibit B2.**

14) As of the Petition Date, the Debtor had cash collateral in the approximate amount of $43,253.94 which consists of funds in Debtor's bank accounts and inventory.

## **EMPLOYEES**

15) Clicksnap Holdings, LLC has 7 part-time employee.

16) The Debtor disburses payroll on a bi-weekly basis. The Debtor will have a payroll come due on November 20, 2026 which will cover the time period of November 2, 2026 through November 15, 2026.

17) I seek authorization to pay the pre-petition payroll amounts for time worked from November 2, 2026 through November 7, 2026. The payroll for November 20, 2026, also includes post-petition wages which will be earned from November 8, 2026 through November 15, 2026.

18) I do not have the current payroll report available as hours are still being worked and submitted by the employees. The most recent payroll report from November 6, 2026 has been attached as **Exhibit C** and includes employee names, hours worked, gross pay, and deductions. I anticipate the payroll for November 20, 2026 will be similar to the previous report.

19) The amount of the previous payroll, which included employer taxes and gross payroll, totaled $2,839.53.

20) The pre-petition balances are necessary to fairly compensate the employees for the reasonable value of services performed in the ordinary course of employment and consistent with historic payment terms.

21) The payroll amounts will be paid with cash on hand from regular business income.

22) No payment to any employee exceeds the limits under 11 U.S.C. §507.

## INSIDERS

23) I am an insider of the Debtor. I am seeking authorization for approval of owner draws as set forth on Exhibit A to pay my personal expenses.

24) I require the owner draws to supplement my wife's income to pay our regular household expenses, including rent, utilities, vehicle payment, vehicle insurance, food, transportation, medical expenses, and other personal obligations.

25) Funds received from the Debtor are my only source of income to contribute to household expenses.

26) It would cause irreparable harm if I was not able to receive the compensation as requested.

27) I work over 40 hours a week as a manager of the Debtor. I also perform administrative services for the Debtor which includes marketing, ordering, inventory, and planning.

28) The work I perform is essential to the Debtor and the business operations and if I were not compensated by way of owner draws from the Debtor, the position would need to be filled by an outside party at a comparable, if not higher, rate of pay.

Dated this 8th day of November, 2026

/s/ Edward Highfield
Edward Highfield - Managing Member
Clicksnap Holdings, LLC